BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>          Plaintiff,         )<br>                             )<br>                             )<br>     v.                      )<br>                             )<br>MARCUS BUCKLEY, and          )<br>KIMBERLY JONES,              )<br>                             )<br>          Defendant.         )<br>_____) | CR. 2:13-CR-0125 TLN<br><br>[~~PROPOSED~~] ORDER |

**ORDER**

For the reasons stated above, the government's request to withdraw the bench warrants issued on April 10, 2013, is granted. IT IS SO ORDERED.

Dated: April 12, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE