

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, ORDER**

USA

                Plaintiff(s),

Case No. **2:13-cr-0125 TLN**

v.

MARCUS BUCKLEY

                Defendant(s).

I, <u>MICHAEL P. HEISKELL,</u> attorney for MARUCS BUCKLEY, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | JOHNSON, VAUGHN & HEISKELL |
| Address: | 5601 BRIDGE STREET, SUITE 220 |
| City: | FORT WORTH |
| State: | TX   ZIP Code: 76112 |
| Voice Phone: | (817)457-2999 |
| FAX Phone: | (817) 496-1102 |
| Internet E-mail: | MHEISKELL@JOHNSON-VAUGHN-HEISKELL.COM |
| Additional E-mail: | cj_01_3@yahoo.com |
| I reside in City: | FORT WORTH        State:  TX |

I was admitted to practice in the U.S DISTRICT COURT, FOR THE NORTHERN DISTRICT OF TEXAS (court) on 01/01/1980(date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: DAVID W. DRATMAN

Firm Name: David W. Dratman, Attorney at Law

Address: 1007 7TH STREET, SUITE 305

City: SACRAMENTO

State: CA   ZIP Code: 95814

Voice Phone: (916) 443-2000

FAX Phone: (916) 443-0989

E-mail: DWDRATMAN@AOL.COM

Dated: _____05/01/13_____   Petitioner: _____/s/Michael P. Heiskell_____

# ORDER

IT IS SO ORDERED.

Dated: May 14, 2013

                                            Troy L. Nunley  
                                            United States District Judge